450 A.2d 1035

Commonwealth v. Ellingsworth, Appellant.

Submitted November 5, 1981. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BECK and LIPEZ, JJ.

Judgment of sentence is affirmed.